IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:22-CR-44 (MTT) |
| | ) |
| LEVI MCCLAM and MARIAH SHARP, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

The government has moved the Court to continue this case to the next trial term. Doc. 67.  These defendants, as well as co-defendant Christopher McClam, were indicted on August 9, 2022.  Doc. 1.  Defendant Levi McClam had his arraignment in this Court on September 13, 2022.  Doc. 24.  Doc. 12.  Co-defendant Mariah Sharp had her arraignment in this Court on December 21, 2022.  Doc. 47.  Co-defendant Christopher McClam had his arraignment in this Court on August 30, 2022.  Three prior continuances have been granted for defendant Levi McClam.  Docs. 37; 43; 62.  Two prior continuances have been granted for defendant Mariah Sharp.  Docs. 56; 64.  The government now moves the Court to continue this case to the next trial term to afford additional time for defendant Levi McClam to evaluate a plea offer with his counsel and for the government to investigate defendant Mariah Sharp's purported alibi.  Doc. 67 at 2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 67) is **GRANTED**.  The case is continued from the April term until the Court's next trial term presently scheduled for **July 17, 2023**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 23rd day of March, 2023.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT