IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:22-CR-44 (MTT) |
| | ) | |
| LEVI MCCLAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

The defendant, by and through his counsel, has moved the Court to continue this case to the next trial term.  Doc. 86.  The defendant was indicted on August 9, 2022, and had his arraignment in this Court on September 13, 2022.  Docs. 1; 24.  Co-defendant Christopher McClam had his arraignment in this Court on August 30, 2022.  Doc. 12.  Co-defendant Mariah Sharp had her arraignment in this Court on December 21, 2022, and the charges against her were subsequently dismissed upon the government's motion.  Docs. 47; 71.  Four prior continuances have been granted for defendant Levi McClam.  Docs. 37; 43; 62; 69.  The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to give additional time to review discovery, prepare an effective defense, fully prepare for trial, and fully exhaust plea discussions.  Doc. 86 ¶ 4.  The government does not oppose the motion.  *Id.* at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 86) is **GRANTED**.  The case is continued from the July term until the Court's next trial term presently scheduled for

**September 11, 2023**.  The corresponding delay shall be deemed excludable pursuant

to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

       **SO ORDERED**, this 22nd day of June, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
